388 P.3d 55

STATE of Hawai'i, Plaintiff-Appellee,

v.

Eveline P. SEIDL, Defendant-Appellant

NO. CAAP-14-0000885

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
November 22, 2016.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT (CASE NO. 1DTA-13-03123)

<u>SUMMARY DISPOSITION ORDER</u>

Vacated. Remanded.